Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mary Oseguera,

                Plaintiff(s),

v.

Experian Information Solutions, et al.

                Defendant(s).

Case No: 3:16-cv-06372

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, **Ellen B. Silverman**, an active member in good standing of the bar of **Minnesota Supreme Court**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **TD Bank USA, National Association** in the above-entitled action. My local co-counsel in this case is **Renee Choy-Ohlendorf**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hinshaw & Culbertson, LLP, 333 So. 7th St., 20th Fl., Minneapolis, MN 55402 | Hinshaw & Culbertson, LLP, One California Street, 18th Fl., San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (612) 334-2503 | (415) 393-0122 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| esilverman@hinshawlaw.com | rchoy@hinshawlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **387387**.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/22/16

                                                        APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of **Ellen B. Silverman** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 22, 2016.

                                               UNITED STATES DISTRICT/MAGISTRATE JUDGE