IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY OSEGUERA

       Plaintiff,

  v.

EQUIFAX, INC.; EXPERIAN INFORMATION
SOLUTIONS, INC.; TD BANK, USA, N.A.;
WELLS FARGO BANK, N.A.,

       Defendants.

No. C 16-06372 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Equifax, Inc.; Experian Information Solutions, Inc.; TD Bank, USA, N.A.; and Wells Fargo Bank, N.A., and against Mary Oseguera. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE